FILED by _____ D.C.

JUL 11 1996

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. HAGGERTY,

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
_____/

Case No. 95-8308-CIV-MORENO

**DEFENDANT THE UPJOHN COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON LACK OF EXPERT TESTIMONY FROM A MEDICAL DOCTOR**

    Pursuant to Fed. R. Civ. P. 56, defendant The Upjohn Company ("Upjohn") submits this Motion for Summary Judgment Based on Lack of Expert Testimony from a Medical Doctor. In this pharmaceutical product liability action, plaintiff is required as a matter of law to present expert testimony from a medical doctor on each of two essential elements of his claims: (1) medical causation, and (2) adequacy of warnings. Plaintiff's <u>only</u> expert witness on these essential elements is <u>not</u> a medical doctor. Accordingly, because plaintiff has no expert testimony from a medical doctor on <u>either</u> of two essential elements of his claims, Upjohn is entitled to judgment as a matter of law.

    Upjohn respectfully requests that the Court grant its Motion, enter summary judgment in favor of Upjohn on all of plaintiff's claims, and grant such other relief as the Court may deem just and proper. In support of this Motion, Upjohn submits the attached Memorandum.

CASE NO. 95-8308-CIV-MORENO
Page 2

Respectfully submitted,

PAUL D. SNYDER, ESQ.
ALEXANDER B. ROBB, ESQ.
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: 1-816-474-6550
Facsimile: 1-816-421-5547

and

ANDERSON, MOSS, SHEROUSE
  & PETROS, P.A.
25th Floor, New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132
Telephone: 1-305-358-5171
Facsimile: 1-305-358-7470

By: _____
    Thomas M. Sherouse, Esq.
    Florida Bar No.: 221295

    Co-Counsel for DEFENDANT
    THE UPJOHN COMPANY

CASE NO. 95-8308-CIV-MORENO
Page 3

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **DEFENDANT THE UPJOHN COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON LACK OF EXPERT TESTIMONY FROM A MEDICAL DOCTOR**, was served this ____ day of July, 1996, upon the following by United States mail, first class, postage prepaid:

> James M. McCann, Jr., Esq.
> AKERMAN, SENTERFITT & EIDSON, P.A.
> Phillips Point - East Tower
> 777 South Flagler Drive, Suite 900
> West Palm Beach, Florida 33401

_____
Thomas M. Sherouse, Esq.
Attorney for Defendant

G:\CASES\CASE3\4644\PLEADING\MSJ-NODO