IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. HAGGERTY,  Case No. 95-8308-CIV-MORENO

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
_____/



**DEFENDANT, THE UPJOHN COMPANY'S, MOTION FOR
SUMMARY JUDGMENT CONDITIONED ON THE GRANTING
OF UPJOHN'S MOTION IN LIMINE TO
<u>EXCLUDE THE OPINION TESTIMONY OF DEBORAH MASH, PH.D.</u>**

    Defendant, The Upjohn Company ("Upjohn"), requests the Court consider this Motion for Summary Judgment in the event it grants Upjohn's separate Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D. If the Court grants Upjohn's Motion in Limine, Upjohn is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56, based on a lack of admissible expert testimony on essential elements of plaintiff's claims. In support of this Motion, Upjohn submits the attached Memorandum.

                                     Respectfully submitted,

                                       PAUL D. SNYDER, ESQUIRE
                                       ALEXANDER B. ROBB, ESQUIRE
                                       SHOOK, HARDY & BACON, L.L.P.
                                       One Kansas City Place
                                       1200 Main Street
                                       Kansas City, Missouri 64105-2118

                                       and

Case No. 95-8308-CIV-MORENO

Page 2

ANDERSON, MOSS, SHEROUSE,
& PETROS, P.A.
100 N. Biscayne Boulevard
2500 New World Tower
Miami, Florida 33132
(305) 358-5171
(305) 358-7470 Facsimile

By: _____
THOMAS M. SHEROUSE
Florida Bar No.: 221295

Co-Counsel for DEFENDANT
THE UPJOHN COMPANY

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 10th day of June, 1996, to: **JAMES M. MCCANN, JR., ESQUIRE**, Akerman, Senterfitt & Eidson, P.A., Phillips Point, East Tower, 777 South Flagler Drive, Suite 900, West Palm Beach, Florida 33401.

_____
Thomas M. Sherouse
Attorney for Defendant

4644\pleading\msj-limi.msh