UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-8308-CIV-MORENO

MICHAEL A. HAGGERTY,

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
_____/

FILED by ___ D.C.
JUL 19 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING HEARING AND ORDER RESETTING CALENDAR CALL

THIS CAUSE came before the Court upon Defendant's Motion in Limine to Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D. (**docket no. 103**), filed on June 7, 1996; Defendant's Motion for Summary Judgment Based on Lack of Expert Testimony From A Medical Doctor, filed on July 11, 1996; and Defendant's Motion for Summary Judgment Conditioned on the Granting of Upjohn's Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D, filed on July 11, 1996. It is

ADJUDGED that the above-entitled motions are set for a hearing before the undersigned, United States District Judge Moreno, at the United States Courthouse, Courtroom 4, 10th Floor, Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132 on **September 5, 1996, at 9:00 a.m.**, in order to accommodate the calendars of the attorneys. The Court will also conduct the calendar call in this case at that time and will place this case on the second week of the trial period. Accordingly, it is also

ADJUDGED that the calendar call in this matter, previously set

for **August 27, 1996 at 2:00 p.m.** is RESET to **September 5, 1996 at 9:00 a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 1996.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
James M. McCann, Jr., Esq.
Thomas Sherouse, Esq.
Paul D. Snyder, Esq.
 One Kansas City Place
 1200 Main St.
 Kansas City, Missouri
 64105-2118

2