UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NO. 95-8308-CIV-MORENO

MICHAEL A. HAGGERTY

NIGHT BOX
FILED

JUL 24 1996

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

Plaintiff,

vs.

THE UPJOHN COMPANY,

Defendant.

_____/

**PLAINTIFF, MICHAEL A. HAGGERTY'S
RESPONSE TO DEFENDANT, THE UPJOHN
COMPANY'S MOTION FOR SUMMARY
JUDGMENT CONDITIONED ON THE
GRANTING OF UPJOHN'S MOTION IN
LIMINE TO EXCLUDE THE OPINION
TESTIMONY OF DEBORAH MASH, PH.D.**

Plaintiff, Michael A. Haggerty (hereinafter "Haggerty"), submits his response to Defendant, the

Upjohn Company's Motion for Summary Judgment conditioned on the Granting of Upjohn's Motion in

Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D. and states as follows:

1.      The Upjohn Company's (hereinafter "Upjohn") Motion for Summary Judgment is

conditioned upon the granting of its separate Motion in Limine to Exclude the Opinion Testimony of

Deborah Mash, Ph.D.

2.      Haggerty submitted a Response and Memorandum of Law in Opposition to the Upjohn

Company's Motion in Limine to Exclude Dr. Mash's opinion testimony.  For the reasons stated therein,

Dr. Mash's testimony meets the standards for admissibility of expert testimony under Rule 702 of the

Federal Rules of Evidence and Daubert v. Merrill-Dow Pharmaceuticals, Inc., 113 S.Ct. 2786, 509

U.S. 597 (1993) and should therefore be allowed at trial.

3.      In addition, Dr. Mash's testimony raises genuine issues of fact to be determined by the

jury.  The arguments and facts raised in Haggerty's Response to Upjohn's Motion for Summary

Judgment Based on Lack of Expert Testimony from a Medical Doctor are adopted and incorporated

herein.

4.     Based on the foregoing, Haggerty respectfully requests that this Court deny Upjohn's Motion for Summary Judgment Conditioned on the Granting of Upjohn's Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D.

Respectfully submitted,

AKERMAN, SENTERFITT & EIDSON, P.A.
Attorneys for Plaintiff
Phillips Point - East Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida  33401
407/659-5990

By:_____
James M. McCann, Jr.
Florida Bar No. 182545

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, to all persons listed on the attached Service List this **24** day of July, 1996.

_____
James M. McCann, Jr.

## SERVICE LIST

Paul D. Snyder, Esquire
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri  64105-2118
816/474-6550


Thomas Sherouse, Esquire
ANDERSON, MOSS, SHEROUSE & PETROS
100 North Biscayne Boulevard, Suite 2500
Miami, Florida  33131
305/358-5171


James M. McCann, Jr., Esquire
AKERMAN, SENTERFITT & EIDSON, P.A.
Attorneys for Plaintiff
Phillips Point - East Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida  33401
407/659-5990

WPALM/43703_1.DOC