NIGHT BOX
FILED

AUG 2 1996

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. HAGGERTY,                        Case No. 95-8308-CIV-MORENO

    Plaintiff,

vs.                                         DEFENDANT THE UPJOHN COMPANY'S
                                            REPLY IN SUPPORT OF
                                            MOTION FOR SUMMARY JUDGMENT
                                            CONDITIONED ON THE GRANTING OF
                                            UPJOHN'S MOTION IN LIMINE TO
                                            EXCLUDE THE OPINION TESTIMONY
                                            OF DEBORAH MASH, PH.D.

THE UPJOHN COMPANY,

    Defendant.
_____/

      Plaintiff in his response to Upjohn's summary judgment motion simply refers the Court to plaintiff's prior response to Upjohn's motion in limine to exclude the testimony of Deborah Mash, Ph.D. Because plaintiff apparently agrees that summary judgment is required if Upjohn's in limine motion is granted, no additional argument is necessary to support Upjohn's motion for summary judgment.

Case No. 95-8308-CIV-MORENO

Respectfully submitted,

ANDREW SEE, ESQ.
PAUL D. SNYDER, ESQ.
ALEXANDER B. ROBB, ESQ.
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri  64105-2118
Telephone:  1-816-474-6550
Facsimile:  1-816-421-5547

and

ANDERSON, MOSS, SHEROUSE
  &  PETROS, P.A.
25th Floor, New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132
Telephone:  1-305-358-5171
Facsimile:  1-305-358-7470

By: _____
        Spencer A. Emison, Esq.
        Florida Bar No.: 840947

        Co-Counsel for DEFENDANT
        THE UPJOHN COMPANY

2291.ATT

- 2 -

Case No. 95-8308-CIV-MORENO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **DEFENDANT THE UPJOHN COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT CONDITIONED ON THE GRANTING OF UPJOHN'S MOTION IN LIMINE TO EXCLUDE THE OPINION TESTIMONY OF DEBORAH MASH, PH.D.**, was served this 6th day of Aug., 1996, upon the following by United States mail, first class, postage prepaid:

> James M. McCann, Jr., Esq.
> AKERMAN, SENTERFITT & EIDSON, P.A.
> Phillips Point - East Tower
> 777 South Flagler Drive, Suite 900
> West Palm Beach, Florida  33401

_____
Spencer A. Emison, Esq.
Attorney for Defendant

2291.ATT

- 3 -

LAW OFFICES ANDERSON, MOSS, SHEROUSE & PETROS, P.A.
SUITE 2500 NEW WORLD TOWER, 100 NORTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33132 • TELEPHONE (305) 358-5171