C I V I L   M I N U T E S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE FEDERICO A. MORENO


FILED by _____ D.C.
SEP - 9 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NUMBER: 95-8308-CIV-MORENO         DATE: 9/5/96
COURTROOM CLERK: Sue Gelwick             COURT REPORTER: A. Schwartz

CASE TITLE: Michael Haggerty   vs.   The UpJohn Company

PLT. ATTORNEY: James McCann, Esq.        DEFT. ATTORNEY: Andrew See, Esq.
                                                          Paul Snyder, Esq.
                                                          Tom Sherouse, Esq.

REASON FOR HEARING: Defendant's motions for summary judgment based on lack of expert testimony from medical doctor (D.E. 143); - MSJ based on granting motion in limine on testimony of Dr. Mason (D.E. 145)

RESULT OF HEARING: Judge will take motions under consideration; he will issue ruling within the next 40 days, trial date is continued, will reset after ruling on motion for summary judgement. Court will issue omnibus order on many other pending motions.

JUDGMENT: reserved - motions under consideration. Trial date will be continued.

CASE CONTINUED TO _____        TIME _____ FOR _____
MISC. _____