

NIGHT BOX
FILED

SEP 15

CARLOS JUENKE
CLERK, USDC / SDFL / M

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL A. HAGGERTY, | Case No. 95-8308-CIV-MORENO |
| Plaintiff, | **DEFENDANT THE UPJOHN COMPANY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE MEDICAL CAUSATION OPINION TESTIMONY OF DEBORAH MASH, PH.D.** |
| vs. | |
| THE UPJOHN COMPANY, | |
| Defendant. | |

During the September 5, 1996 hearing before the Court, plaintiff's expert witness attempted to repudiate her prior sworn testimony on an issue that is key to whether her opinions are admissible in this case under Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579 (1993). In light of this unexpected development, Upjohn requests leave to file the attached Supplemental Memorandum In Support of Upjohn's Motion In Limine To Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D.

Respectfully submitted,

ANDREW SEE, ESQ.
PAUL D. SNYDER, ESQ.
ALEXANDER B. ROBB, ESQ.
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: 1-816-474-6550
Facsimile: 1-816-421-5547

and

2435.ATT

CASE NO. 95-8308-CIV-MORENO

ANDERSON, MOSS, SHEROUSE
& PETROS, P.A.
25th Floor, New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132
Telephone: 1-305-358-5171
Facsimile: 1-305-358-7470

By: _____
Spencer A. Emison, Esq.
Florida Bar No.: 840947

Co-Counsel for DEFENDANT
THE UPJOHN COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **DEFENDANT THE UPJOHN COMPANY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE MEDICAL CAUSATION OPINION TESIMONY OF DEBORAH MASH, PH.D.**, was served this 16th day of September, 1996, via first class mail on:

James M. McCann, Jr., Esq.
AKERMAN, SENTERFITT & EIDSON, P.A.
Phillips Point - East Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida 33401

_____
Spencer A. Emison, Esq.
Attorney for Defendant

2435.ATT

2