**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MICHAEL A. HAGGERTY,

Case No. 95-8308-CIV-MORENO

Plaintiff,

vs.

**DEFENDANT THE UPJOHN COMPANY'S**
**SUBMISSION OF CORRECTED AUTHORITY**
THE UPJOHN COMPANY,
**IN SUPPORT OF MOTION IN LIMINE TO**
**EXCLUDE THE MEDICAL CAUSATION**
**OPINION TESTIMONY OF DEBORAH MASH,**
**PH.D.**

Defendant.

_____/

Defendant The Upjohn Company ("Upjohn") submits this notice of corrected authority in support of its motion in limine to exclude the medical causation opinion testimony of Deborah Mash, Ph.D.

On pages 11-12 of Upjohn's memorandum in support of its motion, Upjohn cited the Court to previous judicial decisions standing for the proposition that drug experience reports and spontaneous reporting system data are inherently unreliable, and are not the type of data reasonably relied upon by experts in making cause and effect determinations. Upjohn submitted the order of the United States District Court for the District of Virginia in <u>Lam v. The Upjohn Company</u> as Exhibit N, but inadvertently omitted the underlying Report and Recommendation of the Magistrate. This Report, which lists the anecdotal nature of the data plaintiff's expert relied upon as a reason to exclude the expert's opinion, was adopted by the District Court. The Report and Recommendation is attached hereto as Exhibit N-1. Upjohn respectfully requests that it be considered in the Court's determination of the motion to exclude Dr. Mash's causation testimony.

Missouri\2456.ATT

LAW OFFICES ANDERSON, MOSS, SHEROUSE & PETROS, P.A.

SUITE 2500 NEW WORLD TOWER, 100 NORTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33132 • TELEPHONE (305) 358-5171

<u>CASE NO. 95-8308-CIV-MORENO</u>

Upjohn also inadvertently cited the Court to the decision in <u>Beer v. The Upjohn</u>

<u>Company</u>, and attached the directed verdict order in Upjohn's favor as Exhibit O.  As the order

reflects, the anecdotal nature of plaintiff's expert's data was not the basis for this decision, and it

should not have been cited for that proposition.  Upjohn apologizes for this inadvertent inclusion,

and respectfully withdraws its citation to the <u>Beer</u> decision on this proposition.

Respectfully submitted,

PAUL D. SNYDER, ESQ.
ALEXANDER B. ROBB, ESQ.
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri  64105-2118
Telephone:  1-816-474-6550
Facsimile:  1-816-421-5547

and

ANDERSON, MOSS, SHEROUSE
 & PETROS, P.A.
25th Floor, New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132
Telephone:  1-305-358-5171
Facsimile:  1-305-358-7470

By:_____
     Thomas M. Sherouse, Esq.
     Florida Bar No.: 221295

Co-Counsel for DEFENDANT
THE UPJOHN COMPANY

<u>CASE NO. 95-8308-CIV-MORENO</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the attached **DEFENDANT THE UPJOHN COMPANY'S SUBMISSION OF CORRECTED AUTHORITY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE THE MEDICAL CAUSATION OPINION TESTIMONY OF DEBORAH MASH, PH.D.**, was served this ___ day of September, 1996, upon the following by United States mail, first class, postage prepaid:

> James M. McCann, Jr., Esq.
> AKERMAN, SENTERFITT & EIDSON, P.A.
> Phillips Point - East Tower
> 777 South Flagler Drive, Suite 900
> West Palm Beach, Florida  33401

Thomas M. Sherouse, Esq.
Attorney for Defendant

LAW OFFICES ANDERSON, MOSS, SHEROUSE & PETROS, P.A.

SUITE 2500 NEW WORLD TOWER, 100 NORTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33132 • TELEPHONE (305) 358-5171

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE