IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. HAGGERTY,

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
_____/

CASE NO. 95-8308-CIV-MORENO

MAGISTRATE JUDGE
WILLIAM C. TURNOFF

**PLAINTIFF MICHAEL A. HAGGERTY'S RESPONSE TO DEFENDANT THE UPJOHN COMPANY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE MEDICAL CAUSATION OPINION TESTIMONY OF DEBORAH MASH, Ph.D.**

    Plaintiff, Michael A. Haggerty (hereinafter "Haggerty"), by and through his undersigned counsel, hereby filed this Response to Defendant, The Upjohn Company's (hereinafter "Upjohn") Motion for Leave to File Supplemental Memorandum in Support of Motion In Limine to Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D. In support thereof, Haggerty states as follows:

    In its Motion for Leave, Upjohn incorrectly asserts that Haggerty's expert witness, Deborah Mash, Ph.D. "attempted to repudiate her prior sworn testimony on an issue that is key to whether her opinions are admissible...." Upjohn mischaracterizes Dr. Mash's September 5, 1996 hearing testimony as a "unexpected development."

    Dr. Mash was deposed and questioned over three (3) separate days. Upjohn has filed a 50+ page Motion and Memorandum of Law In Limine to Exclude the Medical Causation Opinion Testimony of Deborah Mash, Ph.D., and several motions for summary judgment with respect to her testimony. This Court held a one-half day evidentiary hearing on Upjohn's motion in limine. Upjohn now seeks to file a 9 page supplemental memorandum. The sole issue in all this "sound and fury" is whether Dr. Mash followed an accepted scientific methodology. The Federal Rules of Civil Procedure "shall be construed and administered to secure the just, speedy and inexpensive determination of every action." Fed. R. Civ. Pro. 1. Upjohn's "unexpected

development" arises from its continuous misunderstanding and misinterpretation of Dr. Mash's prior testimony and conclusions in this case. Upjohn's repeated attempts, via various motions, to exclude her testimony must, at some point, end.

Upjohn's request for leave to file a supplemental memorandum in support of its motion in limine to exclude Dr. Mash's testimony is simply an attempt to obtain yet another "bite of the apple" and further confuse the standards of admissibility of expert testimony under <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993).

Therefore, Plaintiff, Michael A. Haggerty, responds to Defendant, The Upjohn Company's Motion for Leave to File Supplemental Memorandum in Support of Motion In Limine to Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D. and respectfully requests that the Court deny Upjohn's Motion. If Upjohn's Motion for Leave is denied, Haggerty respectfully requests that Upjohn's Supplemental Memorandum attached to its Motion for Leave to File be stricken.

In the event, however, the Court grants leave to file Supplemental Memorandum in Support of Motion In Limine to Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D., Haggerty respectfully requests that he be allowed an opportunity to fully respond to Upjohn's Supplemental Motions on the incorrect characterizations of Dr. Mash's scientific methodology and her testimony at her three depositions and during the recent <u>Daubert</u> hearing.

                                     Respectfully submitted,

                                     AKERMAN, SENTERFITT & EIDSON, P.A.
Attorneys for Plaintiff
Phillips Point - East Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida 33401
561-659-5990
Fax: 561-659-6313

By: _____
      James M. McCann, Jr.
      Florida Bar No. 182545

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, to all persons on the attached Service List this 3rd day of October, 1996.

_____
James M. McCann, Jr.

- 4 -

## SERVICE LIST

Thomas M. Sherouse, Esquire
Anderson, Moss, Sherouse & Petros, P.A.
25th Floor, New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132
305-358-5171
Fax: 305-358-7470


Paul D. Snyder, Esquire
Jennifer A. Leman, Esquire
Shook, Hardy & Bacon L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
816-474-6550
Fax: 816-421-5547


James M. McCann, Jr., Esquire
Akerman, Senterfitt & Eidson, P.A.
Attorneys for Plaintiff
Phillips Point - East Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida 33401
561-659-5990
Fax: 561-659-6313

WPALM/46784_1.DOC