

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-8308-CIV-MORENO

MICHAEL A. HAGGERTY,

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
    _____/



## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Granting Defendant's Motion for Summary Judgment, it is

ADJUDGED that judgment is entered in favor of Defendant, The Upjohn Company and against Plaintiff, Michael A. Haggerty. The case, namely the entire complaint, is dismissed with prejudice. Further, it is

ADJUDGED that any pending motions are DENIED as moot.

DONE and ORDERED in Chambers at Miami, Florida this 6th day of December, 1996.

                              _____
                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

copies provided:
James M. McCann, Jr., Esq.
Thomas M. Sherouse, Esq.
(Andrew See, Esq.
(Paul D. Snyder, Esq.