UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 95-8308-CIV-MORENO

MICHAEL A. HAGGERTY,

    Plaintiff,

vs.

THE UPJOHN COMPANY,

    Defendant.
_____/



### ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE MEDICAL CAUSATION OPINION TESTIMONY OF DEBORAH MASH, PH.D., ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONDITIONED ON THE GRANTING OF DEFENDANT'S MOTION IN LIMINE, AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Defendant The Upjohn Company's Motion in Limine to Exclude Medical Causation Opinion Testimony of Deborah Mash, Ph.D. (**docket no. 102**); and Defendant's Motion for Summary Judgment Conditioned on the Granting of Upjohn's Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D. (**docket no. 145**). The Court conducted an evidentiary hearing on these motions on September 5, 1996, and heard testimony from Deborah Mash, Ph.D.

THE COURT has considered the motion, responses and the pertinent portions of the record, including the testimony of Dr. Mash and the arguments asserted by counsel at the hearing, and being otherwise fully advised in the premises, it is

ADJUDGED that Defendant's Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D. is GRANTED for the reasons

set forth in a separate opinion. It is also

ADJUDGED that Defendant's Motion for Summary Judgment Conditioned on the Granting of Defendant's Motion in Limine to Exclude the Opinion Testimony of Deborah Mash, Ph.D. is GRANTED. The Court finds that as Plaintiff has failed to offer admissible evidence regarding medical causation, no material facts remain in dispute and Defendant is entitled to Summary Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56. <u>Celotex Corp. v Catrett</u>, 477 U.S. 317 (1986). Lastly, it is

ADJUDGED that all pending motions in this case are **DENIED** as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of December, 1996.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
James M. McCann, Jr., Esq.
Andrew See, Esq.
Paul Snyder, Esq.
Thomas Sherouse, Esq.