

# CHAMBERS MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO**

CASE NUMBER: 95-8308-CIV-MORENO       DATE: 12/5/96

CLERK/SECY: S. Gelwick

Michael Haggerty       vs   The UpJohn Company

PLT COUNSEL: James McCann, Esq.       DEFENSE COUNSEL: Thomas Sherouse, Esq.

SITUATION/REASON FOR MINUTE: Court requested Plaintiff to submit article by Dr. Anthony Kales which was relied upon by Plaintiff's expert, Dr. Mash.

RESULT/ACTION TAKEN: Counsel notified by telephone. Plaintiff will submit article today.

CASE CONTINUED TO _____   TIME _____   FOR _____

DATE _____

APPROVED BY DISTRICT JUDGE
(if appropriate)